FILED

Xavier nailins _____ (Full Name)
5922 Willoughby #7 (Address Line 1)
LA, CA. 9003 (Address Line 2)
323)672-7612 (Phone Number)
Plaintiff in Pro Per

2021 JUN 21 PM 3: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Xavier nailins ,
**Plaintiff,**

vs.

ANDERSON #40581,
HOPEWOOD #40219

_____

_____

**Defendant(s).**

Case No.: **CV21-5039-AB** (JC)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☐ Yes    ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because *All of The Acts and Omissions given rise to this complaint occured in the Central District*

1

Pro Se Clinic Form                    *Page Number*

**III. PARTIES**

3.    Plaintiff _Xavier nailins_ _____ resides at:
(your full name)

_5922 Willoughby #7_

_LA CA 90038_ _____.
(your address)

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4.    Defendant _ANDERSON #40581_ _____ works at
(full name of Defendant)

_1358 N. Wilcox Ave LA CA 90028_ _____.
(Defendant's place of work)

Defendant's title or position is _Los Angeles Police Officer_ ___.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity               ☒ official capacity

This Defendant was acting under color of law because: _works_

_as a city police Officer_ _____

_____

5.    Defendant _HOPEWOOD #40219_ _____ works at
(full name of Defendant)

_1358 N. Wilcox Ave LA CA 90028_ _____.
(Defendant's place of work)

Defendant's title or position is _Los Angeles Police Officer_ ___.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity               ☒ official capacity

This Defendant was acting under color of law because: _works_

_as a city police. Officer_

2

Pro Se Clinic Form                    *Page Number*

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. ON 10-24-2020 Plaintiff was a Customer at Lost Property Bar when a man came out of the Bar as Plaintiff was sitting out side The man Attacked Plaintiff. Plaintiff then fought Back then. Two other Men also Attacke Plaintiff. That was from the Bar. Exhibit #1

2. Plaintiff Called 911. Once Defendants HOPEWOOD, ANDERSO Arrive Thay took my statement That I WAS Attacked and jumped By Three Caucasian men. The Two defendant Both told, Plaintiff "You Can leave now.

3. Ten minutes later Plaintiff receives a call from defendant Anderson He said "we forgot to have you sign the Police Report. Where are you" Plaintiff then told the Defendant his location. Once the Two Defendants Arrived at Plaintiff Location Defendant Anderson placed Plaintiff under arrest and Intentionally Confined Plaintiff without his Consent or

3

Pro Se Clinic Form                                    *Page Number*

without justification Exhibit #2
Plaintiff asked for what? Defendant ANDERSON said "for Assault with a deadly weapon" Plaintiff said I had no weapon and even if I did I was the one that was Assaulted by Three guys and I was in fear for my life. Defendant Anderson said "you Through a can at them" Plaintiff said "a can is not a deadly weapon'

4. Plaintiff said to Defendant HopEwood "I need a 'Ambulance' Defendant Hopewood said "No we are not calling you an Ambulance". Defendant HoPEwood was deliberatly indifferent to Plaintiff medical need. defendant HoPEwood Knew Plaintiff was the victim of an Assault By Three men and denied Plaintiff medical treatment.

5. Defendant Anderson then put handcuffs on Plaintiff so tight that Plaintiff could not feel his fingertips Plaintiff asked Both Defendant to Loosen the handcuffs Both Defendant Hopewood and Anderson refuse to Loosen the handcuffs, once Plaintiff got to the Hollywood Police station after 15 minuts Plaintiff could not take the pain

in his wrist. Plaintiff began screaming. Two sergeants came to talk to plaintiff as to why he was screaming plaintiff then told them the handcuffs were to tight one of the sergeants checked the hand cuffs and said " They are to tight they forgot to lock them thats why there tight. A violation of LAPD intedepartmental policy.

6. Plaintiff spent four day in jail once plaintiff got out he file a claim with the city of Los Angeles it was denied on 12-29 2020. Plaintiff also filed a complaint with Internal Affairs there is still and ongoing investigation

Exhibit #3

Insert ¶ #

Insert ¶ #

Insert ¶ #

## V. CLAIMS

### Claim #1

7. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

8. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #* federal constitutional or statutory civil right:

4th Amendment (Intentionally confined Plaintiff Xavier Nailing without consent or justification False arrest where there was No Probable cause for the arrest, Eight Amend ment Cruel and unusual punishment

9. The above civil right was violated by the following Defendants:

*Insert ¶ #*

ANDERSON # 40581

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

10. This Defendant acted outragous

*Insert ¶ #* by placing Plaintiff under arrest when Plaintiff was the victim and call the Police for help Officer treated Plaintiff as the criminal believe because Plaintiff is Afro-American and the Three guys that jumpe Plaintiff were all Caucasian.

11. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #* was harmed in the following way:

Intentional Intfiction of Emotional Distress, Plaintiff miss Two day of work, And this defendant put the hand cuffs on Plaintiff to tight Then refuse to Loosen them

6

Pro Se Clinic Form                                    *Page Number*

**Claim #(2)**
*(insert Claim#)*

12. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

13. Eight Amendment violation this Defendant refused Plaintiff medical treatment when plaintiff told this defendant of the need for medical treatment

14. Plaintiff alleges the above claim against the following Defendant(s):

HOPEWOOD # 40219

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

15. Defendant HOPEWOOD was deliberately Indefferent to plaintiff medical need and refused to call plaintiff an Ambulance

16. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way: Intentonal Infliction of Emotional distress, Physical pain Loss of work

7
*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

17. $20,000.00 in Compensatory Damages

18. $20,000.00 Punishable damages

19. That this case be referred to ADR

20. Any additional relief that this Court Deems appropriate.

Respectfully Submitted

Dated: 06-20-2021

Sign: _Xavier Nailing_

Print Name: Xavier Nailing

8

Pro Se Clinic Form                                    Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: __06 -20 -2020/__

Sign: _____

Print Name: _Xavier  nailing_

Pro Se Clinic Form                              *Page Number*



# EXHIBIT

# 1

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2020 | ATM Withdrawal | HOLLYWOOD/MAI | LOS ANGELES CA | 4342562387363300 | Approved $40.00 |
| 10/25/2020 | Purchase | LOST PROPERTY BAR | LOS ANGELES CA | 4342562387363300 | Posted $20.81 |
| 10/24/2020 | Purchase | TRADER JOE'S #206 | LOS ANGELES CA | 4342562387363300 | Approved $60.72 |
| 10/24/2020 | Purchase Authorization | LOST PROPERTY BAR | LOS ANGELES CA | 4342562387363300 | Approved $20.81 |
| 10/24/2020 | Purchase | PLA-BOY LIQUOR | LOS ANGELES CA | 4342562387363300 | Approved $13.60 |
| 10/24/2020 | Purchase | CVS/PHARMACY #09 09732--8 | Hollywood CA | 4342562387363300 | Approved $4.00 |
| 10/24/2020 | Purchase | PAVILIONS #2229 | LOS ANGELES CA | 4342562387363300 | Approved $3.25 |
| 10/23/2020 | Purchase | TRADER JOE'S #206 | LOS ANGELES CA | 4342562387363300 | Approved $10.82 |

11

# EXHIBIT

# 2

12

| BOOKING NO. 6039421 | 4206 | D4659787 | CA | N SUF. | **PRISONER'S RECEIPT** |

400 425 380

| ARRESTEE'S LAST NAME | FIRST | MIDDLE |
| NAILING | XAVIER | DEMETRI |

**JAIL PHONE INSTRUCTIONS**  Don't share PIN
»From any jail phone, pick up handset and use PIN below.
»After your 4 free calls, if no one has deposited funds for you, the call recipient will be asked to pay for the call.
PHONE PIN: 400 425 380  DEPOSIT ID: 222 460 483
DEPOSITS: gettingout.com or 1(866)516-0115

| | PROB. INV. UNIT 06 | JUV. DETAINED AT | AD. CHG. N |
| DIVISION 4206 | DETAIL ARRESTING FB | DATE ARRESTED 102420 | TIME ARR. 2150 | TIME BKD. 0147 |
| LOCATION OF ARREST VINE HOLLYWOOD | BAIL 30000 | TOTAL BAIL 30000 |
| TYP. CHARGE & CODE | DEFINITION | WARRANT NO. |
| F 245(A)(1)PC | ADW OTHR /F ARM |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

| ARRAIGN. DATE | TIME | COURT |

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE   PED

| | HAS HEPATITIS N | HAS V.D. N | HAS OR EVER HAD T.B. N | OTHER N | SPECIAL MEDICAL PROBLEMS NONE |

| ARRESTING OFFICER ANDERSON | SERIAL NO. 40581 | SERIAL # OFCR. CHECKING CWWS 40219 | BOOKING EMPLOYEE VELASCO | SERIAL NO. N1937 | PROP. BAG # 03992575 | RETAINED $ NONE | CASH | DEPOSITED $ 45.00 |
| SEARCHING OFFICER ANDERSON | SERIAL NO. 40581 | 2ND ARR OFCR 2NDARR 40219 | TRANSPORTING OFFICER HOPEWOOD | SERIAL NO. 40219 | EC/IR READING | SUPV. APPROVING BKG SER # 35224  LT LORENZ |

PROPERTY

INC 201024004018 PIN 400425380
HEADPHONE, PHONE, MISC KEY, KEY CHARM

**THIS IS YOUR PROPERTY RECEIPT AND IDENTIFICATION. KEEP IT WITH YOU AT ALL TIMES.**

1. **BAIL:**
   A. On a MISDEMEANOR CHARGE OR A BAILABLE FELONY CHARGE, you may be released on bail.
   B. On a WARRANT ISSUED IN ANOTHER COUNTY, you have the right, upon demand, to be taken before a magistrate in this county for the purpose of being admitted to bail. If you wish to go to court for this purpose, or do not know if you are arrested on an out-of-county warrant, contact your jailer.
2. **RELEASE FROM CUSTODY:** You will only be released from custody (bail, bond, own recognizance, etc.) after positive identification has been established. Positive identification has to be based on fingerprints. Refusal to submit to fingerprints will delay a person's release from custody.
3. **COURT APPEARANCE:** You may ask the jailer when you are scheduled for court appearance.
4. **TELEPHONE CALLS:** Within 3 hours from the time of your arrest, you may make the following phone calls:
   A. At City expense within the local dialing area, or at your own expense to other locations, to THREE of the following.
      (1) An attorney of your choice, the Public Defender, or any attorney assigned by the court.
      (2) A bail bondsman.
      (3) A relative or other person.
   B. For information regarding additional telephone calls, you may ask the jailer.
5. **ATTORNEYS AND BAIL BONDSMEN:** You may be visited by an attorney or bondsman upon your request or the request of a relative or friend. Beware of any person interested in procuring a lawyer or bondsman for you.
6. **VISITORS:** Inmates are permitted a maximum of one visitor each day. Exception: One minor child may accompany each responsible adult visitor. Visitation rules do not apply to visits by attorneys, bail bondsman, personal physicians, or members of the clergy, who may visit at any time. Hours may vary and are subject to cancellation.
7. **FOREIGN NATIONALS:** You may contact your Consular Office at any time. If you need assistance in contacting your Consular Office, notify the jailer. Visits from the Consular Office are permitted at any time.
8. **YOUR PROPERTY:** Your property will be returned to you immediately upon your release from LAPD custody.
9. **ILLNESS:** If you need medical attention, or are aware of another prisoner in need of it, notify the jailer at once.
10. **READING AND RECREATION:** A general circulation daily newspaper and a non-English language publication are available during the hours set by the jail supervisor. Hours may vary and are subject to cancellation.
11. **VOTING:** Notify the jailer of any request to vote in a local, state, or federal election.
12. **RELIGIOUS OBSERVANCE:** Notify the jailer of any request for religious material. Visits from members of the clergy or other bona fide religious advisors are permitted at any time.
13. **INMATE GRIEVANCE PROCEDURE:** Any complaint or grievance must be reported to a jail supervisor without delay.
14. **MAIL:** Mail to and from an inmate may be opened and inspected for contraband.
15. **INMATES WITH DISABILITIES:** Should you require any special assistance, notify the jailer.
16. **JAIL RULES:** Any obstruction, willful resistance, destruction of jail property, or other unlawful conduct towards custody staff may result in additional criminal charges being filed against you. Prosecution will be pursued regardless of the disposition of your original charges.

gray 323) 898-849
9818  310 8291     13

# EXHIBIT

#3

14

Form Cont. 100-A (Rev. 12-18)

# CLAIM FOR DAMAGES
## TO PERSON OR PROPERTY

| INSTRUCTIONS: | RESERVE FOR FILING STAMP |
|---|---|
| 1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2) | CLAIM NO. _____ |

**INSTRUCTIONS:**

1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2)
2. Claims for damages relating to any other type of occurrence must be filed not later than one year after the occurrence. (Gov. Code Sec. 911.2)
3. Read the entire claim and fill out all mandatory fields (* = **mandatory**) before filing. (Gov. Code Sec. 910, 910.2)  THE FAILURE TO INCLUDE MANDATORY INFORMATION MAY RESULT IN YOUR CLAIM BEING RETURNED AS INSUFFICIENT. (Gov. Code Sec. 910.8)
4. If necessary, attach separate sheets to provide full details, referencing the appropriate claim section number. SIGN EACH SHEET.
5. Attach any relevant documents or reports supporting your claim.
6. Claim must be signed at the bottom of page 2.
7. Claims can only be filed with the City Clerk.  (Gov. Code Sec. 915a)  Claims can be filed online at https://claims.lacity.org/, in person or mailed to: CITY CLERK, 200 NORTH SPRING STREET, ROOM 395, CITY HALL, LOS ANGELES, CA 90012
8. FAXED OR EMAILED CLAIMS WILL NOT BE ACCEPTED.

**RESERVE FOR FILING STAMP**
**CLAIM NO.** _____

### TO: CITY OF LOS ANGELES

**1. CLAIMANT INFORMATION:**
*Name: _Xavier Nailing_   Date of Birth: _09-11-1968_
Email Address: _Xavier D nvaaii lliinvivgg@gmail_ *Phone Number: _323) 672-7612_
*Address: _5922 Willoughby # 7 LA CA 90038_

☐ Indicate if claim notices or communications should be sent to someone other than the claimant (e.g. attorney or insurance representative). **If checked, complete the information below:**

*Name: _____   *Relationship to Claimant: _____
Email Address: _____   *Phone Number: _____
*Address: _____

**2. FACTUAL ALLEGATIONS:**  At the time the three LAPD officers Arested me
*How did damage or injury occur?  When I was the one that call 911 and reported I was Attaked By 3 white men. The officers told me I can go then 5 minutes latter they call me to sign the police report then Arrested me for Assault with a deadly weapon. When they knew I was defending myself, as I was a patrient at the Bar (Lost Property BAR

*Please provide the date and time of the damage or injury. _10-24-2020   9:30 pm_
*Where did damage or injury occur?  Please provide the closest street address or cross-street and use the diagram on page 2.

*Why do you claim the City of Los Angeles is responsible for your damage or injury?  Because the LAPD is a Los Angeles Agency, and the three Arresting officer Removed Removed Evidence from property

SEE PAGE 2 (OVER)                    THIS CLAIM MUST BE SIGNED ON REVERSE SIDE

15



November 18, 2020

Xavier D. Nailing
5922 Willoughby, #7
Los Angeles, CA 90038

Claimant:  Xavier D. Nailing

The claim you submitted has been forwarded to the Office of the City Attorney in accordance with City Council rules. The number assigned to the claim is:

Claim Number: C21-02046

Correspondence or questions regarding the claim should be in writing and sent to:

**Claims Section**
**Office of the City Attorney**
**200 North Main Street**
**City Hall East, Room 600**
**Los Angeles, California 90012**
**(213) 978-7050**

An Equal Employment Opportunity - Affirmative Action Employer

17



**MICHAEL N. FEUER**
CITY ATTORNEY

December 29, 2020

Xavier D. Nailing
5922 Willoughby, #7
Los Angeles, CA 90038

        RE:        Our Claim No.: C21-02046

Dear Mr. Nailing:

The subject claim against the City has been referred to this office.

After reviewing the circumstances of the claim and the applicable law, it has been determined that the claim should be denied.

This letter represents a formal notice to you that said claim has been denied. In view of this action, we are required by law to give you the following warning:

***WARNING***

"Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action alleging state causes of action. The time within which federal causes of action must be filed is governed by federal statutes."

"You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately."

Very truly yours,

Brian Sam
Chief Investigator

BRSAM :FPOTCH
Telephone: 213-978-7081
Enclosure(s)

City Hall East 200 N. Main Street Room 800 Los Angeles, CA 90012 (213) 978-7050 Fax (213) 978-7114

18

## PROOF OF SERVICE BY MAIL

I, Fern Potchana, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 200 North Main Street, Room 600, City Hall East, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing correspondence for mailing via the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 29, 2020, at my place of business at Los Angeles, California, I mailed a Denial Letter for Claim Number C21-02046 by placing it, with postage thereon fully prepaid, for collection and mailing via the United States mail addressed as follows:

> Xavier D. Nailing
> 5922 Willoughby, #7
> Los Angeles, CA 90038

I declare under penalty of perjury that the following is true and correct. Executed on December 29, 2020, at Los Angeles, California.

_____
Fern Potchana