UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>          Plaintiff,<br><br>          v.<br><br>ANDERSON and HOPEWOOD,<br><br>          Defendants. | Case No. 2:21-cv-05039-AB-JC<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 10, 2022

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE